IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER CHASE APTS OF ATLANTA, LP, doing business as Amber Chase Apts,<br><br>    Plaintiff,<br><br>    v.<br><br>BRITTANY PORTER, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:13-CV-1316-TWT |

### ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Henry County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Henry County.

SO ORDERED, this 19 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Amber Chase Apts\r&r.wpd