IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMBER CHASE APTS OF
ATLANTA, LP, doing business as
Amber Chase Apts,

   Plaintiff,

  v.

BRITTANY PORTER, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-1316-TWT

ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Henry County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Henry County.

SO ORDERED, this 19 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Amber Chase Apts\r&r.wpd